*91 N. J. Eq.*    Lembeck & Betz Eagle Brewing Co. *v.* Barbi.

LEMBECK AND BETZ EAGLE BREWING COMPANY, appellant,

*v.*

MIKE BARBI et al., respondents.

[Decided March 19th, 1920.]

On appeal from the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *90 N. J. Eq. 373.*

*Mr. D. Eugene Blankenhorn,* for the appellant.

*Mr. Adrian Lyon,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated by Vice-Chancellor Lewis in the opinion filed by him in the court below.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, WHITE, TAYLOR, ACKERSON—8.

*For reversal*—SWAYZE, PARKER, BERGEN, HEPPENHEIMER, WILLIAMS—5.